**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: United States v. Joseph Harrison & Cody Williams
Criminal Case Number 6:23-cr-142

Date: November 3, 2023

**MINUTES OF PRETRIAL CONFERENCE[1]**

A pretrial conference was held on November 3, 2023. Participating in the conference were Ladonte Murphy for the government; Dustin Talbot and John Piccione for Joseph Harrison; and Gerald Block for Cody Williams. The Court was advised that it is likely that a superseding indictment may be filed which will necessitate a new trial date and scheduling order. This matter is referred to Magistrate Judge Ayo to hold a scheduling conference with the parties once the superseding indictment is filed.

---

[1] Court time – 30 minutes : Court reporter – Larae Bourque