SUPPLEMENTAL MINUTE BOOK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Court convened **1:27 p.m.** on Wednesday, November 15, 2023, and adjourned at **1:30 p.m.**

PRESENT:    David J. Ayo, Magistrate Judge, Presiding
            Lisa LaCombe, Minute Clerk
            Recorded: Liberty Court Recorder Courtroom 4
            Time in Court: 3 minutes

### GRAND JURY REPORT

 X   Partial Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:23-cr-00142-01* ** | X | |
| 6:23-cr-00142-02* ** | X | |
| 6:23-cr-00142-03** | X | |
| 6:23-cr-00264-01 *** | X | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:23-cr-00265-01 | X | |

  X   Warrants/summons ordered issued as indicated.
   *   In Federal Custody
  **   Superseding Indictment
 ***   State Custody